FILED

JAN 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney

5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234

8  Attorneys for the United States

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,          )   CRIMINAL NO. 1-08-mj-70017
13        Plaintiff,                  )
                                      )
14                                    )   NOTICE OF PROCEEDINGS ON
       v.                             )   OUT-OF-DISTRICT CRIMINAL
15                                    )   CHARGES PURSUANT TO RULES
   CHRISTOPHER PATRICK                )   5(c)(2) AND (3) OF THE FEDERAL RULES
16 MCGOWAN,                           )   OF CRIMINAL PROCEDURE
                                      )
17        Defendant.                  )
                                      )

18
     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
   Procedure that on January 14, 2008, the above-named defendant was arrested based upon an
20
   arrest warrant (copy attached) issued upon an
21
      ☐ Indictment
22
      ☐ Information
23
      ☐ Criminal Complaint
24
      ☒ Other (describe)  Supervised Release Violation  pending in the District of Oregon,
25
   Case Number CR 05-0302-HA.
26
     In that case, the defendant is charged with violations of Title 18, United States Code,
27
   Sections 3583(e) - supervised release violation.
28

                                              1

1 | Description of Charges: The Petition alleges that there is probable cause to believe the
2 | defendant violated the following special conditions: (1) that he fail to pay restitution; (2) that he
3 | fail to participate in urinalysis testing; (3) that he fail to report to the U.S. Probation Officer as
4 | directed by the Court; (4) that he fail to notify the U.S. Probation Officer within seventy-two
5 | hours of a change of residence; and (5) that he use a controlled substance.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 1/14/08

Wendy Thomas
Special Assistant U.S. Attorney

PROB 19
(Rev 5/92)

# UNITED STATES DISTRICT COURT

for

## District of Oregon

U.S.A. vs **CHRISTOPHER PATRICK McGOWAN**  Docket No. CR 05-302-04-HA

TO:[1]   Any U.S. Marshal or any other authorized officer

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF PROBATIONER/SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Christopher Patrick McGowan | M | B | 32 |

ADDRESS (STREET, CITY, STATE)
(Last Known)
200 South Longview Way, Apt. 26
Oregon City, OR 97045

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Portland, Oregon | May 24, 2007 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Portland, Oregon

| SHERYL S. McCONNELL | M. Kenney | 10/30/07 |
|---|---|---|
| CLERK | (BY DEPUTY CLERK) | DATE |

### RETURN

| Warrant received and executed. | Date Received | Date Executed |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

Certified to be a true and correct copy of original
Dated 7/30/07
By [signature] Sheryl S. McConnell, Clerk
   Deputy

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for_____ District of_____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

UNITED STATES DISTRICT COURT

PROB 12C-OR  
(07-07-05)

for

PETITION FOR WARRANT  
AND  
ORDER TO SHOW CAUSE

DISTRICT OF OREGON

FILED '07 OCT 30 15:57 USDC-ORP

**U.S.A. vs. CHRISTOPHER PATRICK McGOWAN**  
Petition on Probation and Supervised Release

Docket No. CR 05-302-04-HA

COMES NOW MATTHEW K. PREUITT, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Christopher McGowan, who was placed on supervision by The Honorable Ancer L. Haggerty sitting in the court at Portland, Oregon, on the 16th day of October, 2006, who fixed the period of supervision at 3 years,* and imposed the general terms and conditions theretofore adopted by the court.

*Term of supervised release commenced on May 24, 2007.

Certified to be a true and correct copy of original filed in my office.  
Dated: OCT 3 0 2007  
Sheryl S. McConnell, Clerk  
By M. Kenney Deputy

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**  
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Special Condition No. 1—Failing to pay restitution.** McGowan was ordered at the time of sentencing to pay restitution in the amount of $44,860, at a rate of $75 per month joint and severally with his codefendants. McGowan paid $20 on July 27, 2007, and has not made any restitution payments since.

**Violation of Standard Condition No. 4—Failing to participate in urinalysis testing.** On August 30, 2007, McGowan was placed on a random urinalysis program. He failed to submit random UA's on September 2, 4, 22, October 16, and 27, 2007.

**Violation of Standard Condition No. 7—Failing to report to the probation officer as directed.** On October 4, 2007, during an office visit, I directed McGowan to report back to the U.S. Probation Office on October 11, 2007. McGowan failed to report as directed. He did not call to cancel or reschedule this appointment.

**Violation of Standard Condition No. 11—Failing to notify the probation officer within 72 hours of a change in residence.** On October 17, 2007, Sarah Kinsey, McGowan's roommate and mother of his youngest child, advised that McGowan had moved out of the residence on October 12, 2007. McGowan has failed to notify the U.S. Probation Office of this change of residence. His current whereabouts are unknown.

**Violation of Standard Condition No. 12—Using Controlled Substances.** McGowan submitted urinalysis samples positive for cocaine on August 30, and September 27, 2007.

**RECOMMENDED ACTION:** Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why McGowan's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2007.

Respectfully,

_____  
Matthew K. Preuitt  
U.S. Probation Officer  
Portland, Oregon

_____  
Assistant U.S. Attorney

**ORDER OF THE COURT**

Considered and ordered this __30__ day of October, 2007, and ordered filed and made a part of the records in the above case.

_____  
The Honorable Ancer L. Haggerty  
Chief U.S. District Judge

Page 1 of 1