UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECVD'08 JAN 22 12:48USDC-ORP

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 17, 2008

Office of the Clerk
U.S. District Court
1000 S.W. Third Avenue
Portland, OR 97204



RECEIVED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     US-v- McGowan
Case Number:   08-mj-70017 MAG
Charges:       18:3583(e)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Vadas. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk


by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office